UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL D BOOTH,

    Petitioner,

v.

SECRETARY DEPARTMENT OF CORRECTIONS,

    Respondent.

Case No. C04-5460RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. Karen L. Strombom United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    The petition is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Report and Recommendation.

(3)    The clerk is directed to send copies of this Order to Petitioner's counsel , counsel for respondent and to the Hon. Karen L. Strombom.

DATED this 14th day of November, 2005.

*(signature)*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1